IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFF CARY AND<br>BETTY WILLIAMS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YOUTH FOR A BETTER WORLD,<br>INC., JUDITH CUNNINGHAM,<br>AND MICHAEL JACOBSON,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:16-CV-00010 |

**PLAINTIFFS' NOTICE OF DISMISSAL OF LAWSUIT PURSUANT
TO FRCP 41(a) (1)(A)(i) WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiffs JEFF CARY AND BETTY WILLIAMS ("PlaintiffS"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants Judith Cunningham, Michael Jacobson and Youth for a Better World, Inc.

Defendant Michael Jacobson has not been served to date and Defendants Judith Cunningham and Youth for a Better World, Inc. have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: May 13, 2016　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

**Plaintiffs Jeff Cary and Betty Williams**

By: /s/ Mateo Z. Fowler
Mateo Z. Fowler
State Bar No. 24062726
mateofowler@mzflaw.com
Lauren E. Sprouse
State Bar No. 24079380
laurensprouse@mzflaw.com

**MZF LAW, PLLC**
101 West 6th Street, Suite 610
Austin, TX  78701
Telephone:  (281) 546-5172

**ATTORNEYS FOR PLAINTIFFS**

Dated: May 13, 2016                                   Respectfully Submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 13th day of May, 2016.

s/ Mateo Z. Fowler